# EXHIBIT K

**U.S. Patent No. 9,248,777 v. BMW of North America, LLC**

1

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [10.P] An automatic signaling system for a vehicle having a right turn signal light and a left turn signal light, comprising: | BMW of North America, LLC ("BMW") makes, uses, imports, sells, and/or offers to sell an automatic signaling system for a vehicle having a right turn signal light and a left turn signal light.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, BMW provides a Driver Assistance system ("automatic signaling system") in its vehicle models[1] such as the BMW 5 Series Sedan ("vehicle"). The intelligent Driver Assistance system includes an Active Lane Change functionality, which operates in multiple modes, including driver-initiated Lane Change, prompted Lane Change, and Automatic Lane Change Assist.<br><br>During the operation of the Automatic Lane Change Assist functionality, the system evaluates the surrounding lanes and traffic conditions using integrated sensors and cameras to determine whether an adjacent lane is available for a lane change maneuver. For example, the system determines whether there is a sufficiently large gap in the adjacent lane when a preceding vehicle in the same lane is moving slowly. When the required conditions are satisfied, and the driver checks the adjacent lane, the system automatically activates the turn signal, adjusts the vehicle speed, and performs the lane change maneuver into the adjacent lane. The Automatic Lane Change Assist functionality operates as a vehicle control system and interfaces with the vehicle signaling system, including turn signal lights ("having a right turn signal light and a left turn signal light") to manage lane change assistance and activation of the turn signal lights. |

---

[1] The BMW provides an Intelligent Driver Assistance System in vehicles such as BMW iX, i7, 7 Series, 5 Series, X5/X7, and i5, which infringes in a similar manner.



Source: https://www.bmwusa.com/explore/driver-assistance-safety-features.html

# ALL ABOUT BMW DRIVER ASSISTANCE

automatic signaling system for a vehicle

**Learn about BMW's intelligent driver assistance systems and features.**

Your BMW comes equipped with driver assistance systems, transforming the comfort and convenience of every drive. These systems utilize sensors to gather data on speed limits, vehicle proximity, lane markings, and more. They also incorporate GPS and navigation data to provide warnings through audio or visual alerts when potentially hazardous situations arise.

Advanced driver assistance systems go beyond warnings and actively intervene when necessary or preferred. They can apply brakes, adjust acceleration, or execute steering maneuvers to prevent accidents or ease your workload, especially in challenging driving conditions. Additionally, these systems assist with tasks like maneuvering and parking. While they provide valuable support to the driver, it's important to note that the driver remains responsible for the act of driving.

Source: https://www.bmwusa.com/explore/driver-assistance-safety-features.html (annotated)

4



having a right turn signal light and a left turn signal light

either automatic or prompted or driver initiated with the turn signal but

Source: https://www.youtube.com/watch?v=upkuSeMEszk, at 3:04 (annotated)

5

looking in the corresponding outside rearview mirror. The Active Lane Change performs the necessary steering movements automatically up to a speed of 85 mph, traffic conditions and speed limits permitting. It is no longer necessary to confirm the lane change with the turn signal. This seamless interaction between the driver and the Automatic Lane Change provides a level of comfort and safety unique in the automotive sector.

Source: https://www.press.bmwgroup.com/usa/article/detail/T0418778EN_US/the-all-new-2024-bmw-5-series?language=en_US

## Turning the Automatic Lane Change Assistant on/off

1. ⚃ Apps menu
2. "Vehicle"
3. "Driving settings"
4. "Driver Assistance"
5. "Driving"
6. "Assisted Driving"
7. "Active Lane Change": Lane changes can be done automatically depending on na-tional-market version.

Source: https://www.manualslib.com/download/3802431/Bmw-5-Sedan-2025-Series.html, Page 238

6

## Automatic Lane Change Assistant

### Principle

The Automatic Lane Change Assistant provides assistance when changing lanes and passing on multi-lane roads.

Depending on the speed and traffic situation, the Lane Change Assistant can perform an automatic lane change.

If the Automatic Lane Change Assistant detects an opportunity to change lanes, a lane change recommendation is displayed on the instrument cluster.

There is an opportunity to change lanes if, for example, there is a sufficiently large gap in the adjacent lane when a preceding vehicle in the same lane is moving slowly.

After the driver checks the adjacent lane, the turn signal switches on automatically and the speed is adjusted as necessary. The Automatic Lane Change Assistant then changes lane into the adjacent lane.

The system does not change lanes if it detects that the driver has not looked to check or if the traffic situation changes.

having a right turn signal light and a left turn signal light

Source: https://www.manualslib.com/download/3802431/Bmw-5-Sedan-2025-Series.html, Page 237 (annotated)

7

## Sensors

The system is controlled by the following sensors:

▷ Camera behind the windshield.

▷ Front radar sensor.

▷ Depending on the equipment:

Radar sensors, side, front.

▷ Depending on the equipment:

Radar sensors, side, rear.

▷ Sensors in steering wheel.

▷ Depending on the vehicle equipment and national-market version: Driver Attention Camera

Source: https://www.manualslib.com/download/3802431/Bmw-5-Sedan-2025-Series.html, Page 232

8



Sensors detect the traffic situation in their detection range.

Source: https://www.manualslib.com/download/3802431/Bmw-5-Sedan-2025-Series.html, Page 184

The available Driving Assistant Professional provides you with comprehensive support by maintaining lane position and distance, which is particularly useful in stop-and-go traffic. If necessary, your BMW will brake to a complete stop and then automatically resume driving. ⓘ

Source: https://www.bmwusa.com/vehicles/5-series/sedan/bmw-5-series-sedan-overview.html#technology

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by BMW.

10

| [10.1] a sensor; and | BMW provides an automatic signaling system for a vehicle, comprising, a sensor.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the BMW 5 Series Sedan comprises integrated sensors and cameras ("sensor"), including front radar sensors, a camera behind windshield, side and front radar sensors, rear radar sensors, sensors in the steering wheel, and a driver attention camera, to evaluate the traffic situation, speed situation, lane position, and distance.<br><br>## Sensors<br><br>The system is controlled by the following sensors:<br><br>▷ Camera behind the windshield.<br><br>▷ Front radar sensor.<br><br>▷ Depending on the equipment:<br><br>Radar sensors, side, front.<br><br>▷ Depending on the equipment:<br><br>Radar sensors, side, rear.<br><br>▷ Sensors in steering wheel.<br><br>▷ Depending on the vehicle equipment and national-market version: Driver Attention Camera<br><br>Source: https://www.manualslib.com/download/3802431/Bmw-5-Sedan-2025-Series.html, Page 232 |

11



Sensors detect the traffic situation in their de-
tection range.

Source: https://www.manualslib.com/download/3802431/Bmw-5-Sedan-2025-Series.html, Page 184

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by BMW.

| [10.2] a processor coupled to the sensor; wherein the processor is configured to receive an input from the sensor, | BMW provides an automatic signaling system for a vehicle, comprising a processor coupled to the sensor; wherein the processor is configured to receive an input from the sensor, determine whether the vehicle is within a threshold distance from a lane boundary based on the input from the sensor. This element is infringed literally, or in the alternative, under the doctrine of equivalents. For example, the BMW 5 Series Sedan comprises Electronic control devices ("processor") configured to receive data regarding traffic situation, speed situation, lane position, and distance from integrated sensors and cameras ("configured |

| | |
|---|---|
| determine whether the vehicle is within a threshold distance from a lane boundary based on the input from the sensor, and | to receive an input from the sensor"), and process the received data to provide driving assistance functionalities, such as a Driver Assistance system.<br><br>While the Automatic Lane Change Assist functionality operates in conjunction with the Active Lane Change functionality, the control devices process the received information to evaluate the traffic situation, speed situation, lane position ("determine whether the vehicle is within a threshold distance from a lane boundary"), and distance, and determine whether an adjacent lane is available for a lane change maneuver. For example, the system determines whether there is a sufficiently large gap in the adjacent lane when a preceding vehicle in the same lane is moving slowly. When the required conditions are satisfied, and the driver checks the adjacent lane, the system automatically activates the turn signal, adjusts the vehicle speed, and performs the lane change maneuver into the adjacent lane.<br><br>**General information**<br><br>Electronic control devices are installed in the vehicle. Electronic control units process data they receive from vehicle sensors, self-generate or exchange with each other. Some control units are necessary for the vehicle to function safely or provide assistance while driving, for instance driver assistance systems. Furthermore, control units facilitate comfort or infotainment functions.<br><br>processor is configured to receive an input from the sensor<br><br>Information about stored or exchanged data can be requested from the manufacturer of the vehicle, in a separate booklet, for example.<br><br>Source: https://www.manualslib.com/download/3802431/Bmw-5-Sedan-2025-Series.html, Page 11 (annotated) |

13

## Sensors

The system is controlled by the following sensors:

▷ Camera behind the windshield.

▷ Front radar sensor.

▷ Depending on the equipment:

  Radar sensors, side, front.

▷ Depending on the equipment:

  Radar sensors, side, rear.

▷ Sensors in steering wheel.

▷ Depending on the vehicle equipment and national-market version: Driver Attention Camera

Source: https://www.manualslib.com/download/3802431/Bmw-5-Sedan-2025-Series.html, Page 232

14



Sensors detect the traffic situation in their detection range.

Source: https://www.manualslib.com/manual/3802431/Bmw-5-Sedan-2025-Series.html?page=232#manual, Page 184

15

| | The available Driving Assistant Professional provides you with comprehensive support <u>by maintaining lane position and distance</u>, which is particularly useful in stop-and-go traffic. If necessary, your BMW will brake to a complete stop and then automatically resume driving. ⓘ |
| | Source: https://www.bmwusa.com/vehicles/5-series/sedan/bmw-5-series-sedan-overview.html#technology |

16

# Automatic Lane Change Assistant

## Principle

The Automatic Lane Change Assistant provides assistance when changing lanes and passing on multi-lane roads.

Depending on the speed and traffic situation, the Lane Change Assistant can perform an automatic lane change.

If the Automatic Lane Change Assistant detects an opportunity to change lanes, a lane change recommendation is displayed on the instrument cluster.

There is an opportunity to change lanes if, for example, there is a sufficiently large gap in the adjacent lane when a preceding vehicle in the same lane is moving slowly.

After the driver checks the adjacent lane, the turn signal switches on automatically and the speed is adjusted as necessary. The Automatic Lane Change Assistant then changes lane into the adjacent lane.

The system does not change lanes if it detects that the driver has not looked to check or if the traffic situation changes.

determine whether the vehicle is within a threshold distance from a lane boundary

Source: https://www.manualslib.com/download/3802431/Bmw-5-Sedan-2025-Series.html, Page 237 (annotated)

17

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by BMW. |
| [10.3] activate the left turn signal light or the right turn signal light of the vehicle if the processor determines that the vehicle is within the threshold distance from the lane boundary. | BMW provides an automatic signaling system for a vehicle, comprising, a processor coupled to the sensor; wherein the processor is configured to activate the left turn signal light or the right turn signal light of the vehicle if the processor determines that the vehicle is within the threshold distance from the lane boundary.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when a preceding vehicle moves slowly in the same lane, and a sufficiently large gap exists in the adjacent lane, the Automatic Lane Change Assistant uses electronic control devices to evaluate traffic and speed conditions, lane position, and distance to identify a lane-change maneuver. When the required conditions are met, and the driver checks the adjacent lane, the system automatically activates the turn signal light towards the adjacent lane ("activate the left turn signal light or the right turn signal light of the vehicle if the processor determines that the vehicle is within the threshold distance from the lane boundary"), adjusts the vehicle speed, and performs the lane-change maneuver. |

18

## Automatic Lane Change Assistant

### Principle

The Automatic Lane Change Assistant provides assistance when changing lanes and passing on multi-lane roads.

Depending on the speed and traffic situation, the Lane Change Assistant can perform an automatic lane change.

If the Automatic Lane Change Assistant detects an opportunity to change lanes, a lane change recommendation is displayed on the instrument cluster.

There is an opportunity to change lanes if, for example, there is a sufficiently large gap in the adjacent lane when a preceding vehicle in the same lane is moving slowly.

upon determining that the vehicle is within the threshold distance from the lane boundary

After the driver checks the adjacent lane, the turn signal switches on automatically and the speed is adjusted as necessary. The Automatic Lane Change Assistant then changes lane into the adjacent lane.

activate the left turn signal light or the right turn signal light of the vehicle

The system does not change lanes if it detects that the driver has not looked to check or if the traffic situation changes.

Source: https://www.manualslib.com/download/3802431/Bmw-5-Sedan-2025-Series.html, Page 237 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by BMW.

19

## 2. List of References

1. https://www.manualslib.com/download/3802431/Bmw-5-Sedan-2025-Series.html, last accessed on 28th May 2026.
2. https://www.bmwusa.com/vehicles/5-series/sedan/bmw-5-series-sedan-overview.html#technology, last accessed on 28th May 2026.
3. https://www.press.bmwgroup.com/global/article/detail/T0442979EN/autonomous-driverless-transport-vehicle-navigates-precisely-through-bmw-group-plant-regensburg-press-plant?language=en, last accessed on 28th May 2026.
4. https://www.youtube.com/watch?v=upkuSeMEszk, last accessed on 28th May 2026.
5. https://www.press.bmwgroup.com/usa/article/detail/T0418778EN_US/the-all-new-2024-bmw-5-series?language=en_US, last accessed on 28th May 2026.
6. https://www.bmwusa.com/explore/driver-assistance-safety-features.html, last accessed on 28th May 2026.
7. https://www.bmwusa.com/vehicles/5-series/sedan/bmw-5-series-sedan-overview.html#technical-highlights, last accessed on 28th May 2026.