# EXHIBIT N

**U.S. Patent No.10,569,700 v. BMW of North America, LLC**

1

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [12.P] An apparatus for a car, comprising: | BMW of North America, LLC makes, uses, imports, sells, and/or offers to sell an apparatus for a car. |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, BMW provides a Driver Assistance system in its vehicle models[1] such as the BMW 5 Series Sedan ("car"). The intelligent Driver Assistance system includes an Active Lane Change functionality, which operates in multiple modes, including driver-initiated Lane Change, prompted Lane Change, and Automatic Lane Change Assist. |
| | During the operation of the Automatic Lane Change Assist functionality, the system evaluates the surrounding lanes and traffic conditions using integrated sensors and cameras to determine whether an adjacent lane is available for a lane change maneuver. For example, the system determines whether there is a sufficiently large gap in the adjacent lane when a preceding vehicle in the same lane is moving slowly. When the required conditions are satisfied, and the driver checks the adjacent lane, the system automatically activates the turn signal, adjusts the vehicle speed, and performs the lane change maneuver into the adjacent lane. Therefore, the intelligent Driver Assistance system, operating in coordination with integrated sensors and cameras, functions as an integrated apparatus for controlling automatic activation of turn signal lights and executing a lane-change maneuver. |

---

[1] The BMW provides an intelligent Driver Assistance System in vehicles such as BMW iX, i7, 7 Series, 5 Series, X5/X7, and i5, which infringes in a similar manner.

2



Source: https://www.bmwusa.com/explore/driver-assistance-safety-features.html

# ALL ABOUT BMW DRIVER ASSISTANCE

**Learn about BMW's intelligent driver assistance systems and features.**

Your BMW comes equipped with driver assistance systems, transforming the comfort and convenience of every drive. These systems utilize sensors to gather data on speed limits, vehicle proximity, lane markings, and more. They also incorporate GPS and navigation data to provide warnings through audio or visual alerts when potentially hazardous situations arise.

Advanced driver assistance systems go beyond warnings and actively intervene when necessary or preferred. They can apply brakes, adjust acceleration, or execute steering maneuvers to prevent accidents or ease your workload, especially in challenging driving conditions. Additionally, these systems assist with tasks like maneuvering and parking. While they provide valuable support to the driver, it's important to note that the driver remains responsible for the act of driving.

Source: https://www.bmwusa.com/explore/driver-assistance-safety-features.html

4



Source: https://www.youtube.com/watch?v=upkuSeMEszk, at 3:04

looking in the corresponding outside rearview mirror. The Active Lane Change performs the necessary steering movements automatically up to a speed of 85 mph, traffic conditions and speed limits permitting. It is no longer necessary to confirm the lane change with the turn signal. This seamless interaction between the driver and the Automatic Lane Change provides a level of comfort and safety unique in the automotive sector.

Source: https://www.press.bmwgroup.com/usa/article/detail/T0418778EN_US/the-all-new-2024-bmw-5-series?language=en_US

## Turning the Automatic Lane Change Assistant on/off

1. ▦ Apps menu
2. "Vehicle"
3. "Driving settings"
4. "Driver Assistance"
5. "Driving"
6. "Assisted Driving"
7. "Active Lane Change": Lane changes can be done automatically depending on na-tional-market version.

Source: https://www.manualslib.com/download/3802431/Bmw-5-Sedan-2025-Series.html, Page 238

6

# Automatic Lane Change Assistant

## Principle

The Automatic Lane Change Assistant provides assistance when changing lanes and passing on multi-lane roads.

Depending on the speed and traffic situation, the Lane Change Assistant can perform an automatic lane change.

If the Automatic Lane Change Assistant detects an opportunity to change lanes, a lane change recommendation is displayed on the instrument cluster.

There is an opportunity to change lanes if, for example, there is a sufficiently large gap in the adjacent lane when a preceding vehicle in the same lane is moving slowly.

After the driver checks the adjacent lane, the turn signal switches on automatically and the speed is adjusted as necessary. The Automatic Lane Change Assistant then changes lane into the adjacent lane.

The system does not change lanes if it detects that the driver has not looked to check or if the traffic situation changes.

Source: https://www.manualslib.com/download/3802431/Bmw-5-Sedan-2025-Series.html, Page 237

7

## Sensors

The system is controlled by the following sensors:

▷ Camera behind the windshield.

▷ Front radar sensor.

▷ Depending on the equipment:

  Radar sensors, side, front.

▷ Depending on the equipment:

  Radar sensors, side, rear.

▷ Sensors in steering wheel.

▷ Depending on the vehicle equipment and national-market version: Driver Attention Camera

Source: https://www.manualslib.com/manual/3802431/Bmw-5-Sedan-2025-Series.html?page=232#manual, Page 232

8



Sensors detect the traffic situation in their detection range.

Source: https://www.manualslib.com/manual/3802431/Bmw-5-Sedan-2025-Series.html?page=232#manual, Page 184

9

The available Driving Assistant Professional provides you with comprehensive support by maintaining lane position and distance, which is particularly useful in stop-and-go traffic. If necessary, your BMW will brake to a complete stop and then automatically resume driving. ⓘ

Source: https://www.bmwusa.com/vehicles/5-series/sedan/bmw-5-series-sedan-overview.html#technology

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by BMW.

10

| [12.1] a sensor configured to sense a characteristic of an environment outside the car; and | BMW provides an apparatus for a car, comprising, a sensor configured to sense a characteristic of an environment outside the car.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, BMW's Automatic Lane Change Assistant functionality uses vehicle's integrated sensors and cameras, including front radar sensors, camera behind windshield, side and front radar sensors, rear radar sensors, sensors in steering wheel, and a driver attention camera to evaluate traffic situation, speed situation, lane position and distance ("configured to sense a characteristic of an environment outside the car"). |
|---|---|

11

## Sensors

The system is controlled by the following sen-sors:

▷ Camera behind the windshield.

▷ Front radar sensor.

▷ Depending on the equipment:

Radar sensors, side, front.

▷ Depending on the equipment:

Radar sensors, side, rear.

▷ Sensors in steering wheel.

▷ Depending on the vehicle equipment and national-market version: Driver Attention Camera

Source: https://www.manualslib.com/manual/3802431/Bmw-5-Sedan-2025-Series.html?page=232#manual, Page 232

12



Sensors detect the traffic situation in their de-
tection range.

a characteristic of an environment outside the car

Source: https://www.manualslib.com/manual/3802431/Bmw-5-Sedan-2025-Series.html?page=232#manual, Page 184
(annotated)

The available Driving Assistant Professional provides you with comprehensive support by maintaining lane position and distance, which is particularly useful in stop-and-go traffic. If necessary, your BMW will brake to a complete stop and then automatically resume driving. ⓘ

a characteristic of an environment outside the car

Source: https://www.bmwusa.com/vehicles/5-series/sedan/bmw-5-series-sedan-overview.html#technology (annotated)

14

| | |
|---|---|
| | **ALL ABOUT BMW DRIVER ASSISTANCE**<br><br>**Learn about BMW's intelligent driver assistance systems and features.**<br><br>Your BMW comes equipped with driver assistance systems, transforming the comfort and convenience of every drive. These systems utilize sensors to gather data on speed limits, vehicle proximity, lane markings, and more. They also incorporate GPS and navigation data to provide warnings through audio or visual alerts when potentially hazardous situations arise.<br><br>a characteristic of an environment outside the car<br><br>Advanced driver assistance systems go beyond warnings and actively intervene when necessary or preferred. They can apply brakes, adjust acceleration, or execute steering maneuvers to prevent accidents or ease your workload, especially in challenging driving conditions. Additionally, these systems assist with tasks like maneuvering and parking. While they provide valuable support to the driver, it's important to note that the driver remains responsible for the act of driving.<br><br>Source: https://www.bmwusa.com/explore/driver-assistance-safety-features.html (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by BMW. |
| [12.2] a processing unit; wherein the processing unit is configured to generate an activation signal to | BMW provides an apparatus for a car, comprising, a processing unit; wherein the processing unit is configured to generate an activation signal to automatically activate a turn signal light of the car.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the BMW 5 Series Sedan comprises Electronic control devices ("processing unit") configured to receive data regarding traffic situation, speed situation, lane position, and distance from integrated sensors and cameras, and process the received data to provide driving assistance functionalities, such as a Driver Assistance system. |

15

| automatically activate a turn signal light of the car. | While the Automatic Lane Change Assist functionality operates in conjunction with the Active Lane Change functionality, the control devices process the received information to evaluate the traffic situation, speed situation, lane position, and distance. Upon determining that the required conditions are satisfied, when the driver checks the adjacent lane, the intelligent Driver Assistance system automatically activates the vehicle's turn signal light ("processing unit is configured to generate an activation signal to automatically activate a turn signal light of the car") and executes a lane-change maneuver into the adjacent lane. |
| --- | --- |

General information

Electronic control devices are installed in the vehicle. Electronic control units process data they receive from vehicle sensors, self-gener-ate or exchange with each other. Some con-trol units are necessary for the vehicle to func-tion safely or provide assistance while driving, for instance driver assistance systems. Fur-thermore, control units facilitate comfort or in-fotainment functions.

— processing unit

Information about stored or exchanged data can be requested from the manufacturer of the vehicle, in a separate booklet, for example.

Source: https://www.manualslib.com/manual/3802431/Bmw-5-Sedan-2025-Series.html?page=232#manual, Page 11 (annotated)

16

## Sensors

The system is controlled by the following sensors:

▷ Camera behind the windshield.

▷ Front radar sensor.

▷ Depending on the equipment:

Radar sensors, side, front.

▷ Depending on the equipment:

Radar sensors, side, rear.

▷ Sensors in steering wheel.

▷ Depending on the vehicle equipment and national-market version: Driver Attention Camera

Source: https://www.manualslib.com/manual/3802431/Bmw-5-Sedan-2025-Series.html?page=232#manual, Page 232

17



Sensors detect the traffic situation in their detection range.

Source: https://www.manualslib.com/manual/3802431/Bmw-5-Sedan-2025-Series.html?page=232#manual, Page 184

18

The available Driving Assistant Professional provides you with comprehensive support by maintaining lane position and distance, which is particularly useful in stop-and-go traffic. If necessary, your BMW will brake to a complete stop and then automatically resume driving. ⓘ

Source: https://www.bmwusa.com/vehicles/5-series/sedan/bmw-5-series-sedan-overview.html#technology

19

## Automatic Lane Change Assistant

### Principle

The Automatic Lane Change Assistant provides assistance when changing lanes and passing on multi-lane roads.

Depending on the speed and traffic situation, the Lane Change Assistant can perform an automatic lane change.

If the Automatic Lane Change Assistant detects an opportunity to change lanes, a lane change recommendation is displayed on the instrument cluster.

There is an opportunity to change lanes if, for example, there is a sufficiently large gap in the adjacent lane when a preceding vehicle in the same lane is moving slowly.

After the driver checks the adjacent lane, the turn signal switches on automatically and the speed is adjusted as necessary. The Automatic Lane Change Assistant then changes lane into the adjacent lane.

The system does not change lanes if it detects that the driver has not looked to check or if the traffic situation changes.

configured to generate an activation signal to automatically activate a turn signal light of the car

Source: https://www.manualslib.com/download/3802431/Bmw-5-Sedan-2025-Series.html, Page 237 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by BMW.

20

## 2. List of References

1. https://www.manualslib.com/download/3802431/Bmw-5-Sedan-2025-Series.html, last accessed on 27th May 2026.
2. https://www.bmwusa.com/vehicles/5-series/sedan/bmw-5-series-sedan-overview.html#technology, last accessed on 27th May 2026.
3. https://www.press.bmwgroup.com/global/article/detail/T0442979EN/autonomous-driverless-transport-vehicle-navigates-precisely-through-bmw-group-plant-regensburg-press-plant?language=en, last accessed on 27th May 2026.
4. https://www.youtube.com/watch?v=upkuSeMEszk, last accessed on 27th May 2026.
5. https://www.press.bmwgroup.com/usa/article/detail/T0418778EN_US/the-all-new-2024-bmw-5-series?language=en_US, last accessed on 27th May 2026.
6. https://www.bmwusa.com/explore/driver-assistance-safety-features.html, last accessed on 27th May 2026.
7. https://www.bmwusa.com/vehicles/5-series/sedan/bmw-5-series-sedan-overview.html#technical-highlights, last accessed on 27th May 2026.